UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERMOCOLOR, LLC                               Civil Action No. 04-72417

          Plaintiff,                      District Judge Sean F. Cox
vs.

OTTO INDUSTRIES, INC.,

          Defendants.
_____/

## AMENDED SCHEDULING ORDER

The above captioned case has been reassigned to this court pursuant to Administrative Order 06-AO-017. The following indicates changes to the current Scheduling Order filed in this case:

* Final Pretrial Conference date is reset for September 26, 2006 at 2:00 p.m.

* The September 7, 2006 trial date is cancelled. The above captioned case is being placed on the trailing trial docket for the months of: November/December, 2006.

All other dates in the Scheduling Order previously filed in this case shall remain unchanged.

SO ORDERED.

Dated: July 31, 2006
                                              s/Sean F. Cox
                                              SEAN F. COX
                                              UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon each attorney of record herein by electronic means or first class U. S. mail.

                                              s/ Jennifer Hernandez
                                              Case Manager to the
                                              Honorable Sean Cox